UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO: 5:20-CV-00072-MOC

| | |
|---|---|
| JAMES MELVIN TUCKER,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL,<br>**Commissioner of Social Security,**<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on Attorney Merritt's Motion for Admission Pro Hac Vice, Doc. No. 3. Having considered the matter, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Admission Pro Hac Vice, Doc. No. 3, is **GRANTED**, and Attorney Merritt is admitted to practice before the Bar of this Court for this particular case when appearing with Paul Eaglin, local counsel.

Signed: June 12, 2020

Max O. Cogburn Jr
United States District Judge