UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-CV-072-MOC-WCM

| | |
|---|---|
| JAMES MELVIN TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |

Plaintiff has filed a Consent Motion for Approval of Attorney's Fees under the Equal Access to Justice Act (EAJA) in the amount of $4,520.00. (Doc. No. 24). After consultation, the parties agreed that the amount of $4,520.00 should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

The motion is **GRANTED**. It is **ORDERED** that an award of fees under the EAJA in the amount of $4,520.00 be made, payable to Plaintiff's attorney, provided that the Department of the Treasury finds Plaintiff has no outstanding debt.

Signed: September 27, 2021



Max O. Cogburn Jr
United States District Judge